PER CURIAM.
Affirmed. See Miller v. Nolte, 453 So.2d 397 (Fla.1984); Valencia Center, Inc. v. Bystrom, 496 So.2d 198 (Fla. 3d DCA 1986); Schild v. Metropolitan Dade County, 498 So.2d 466 (Fla. 3d DCA 1986); Hirsh v. Crews, 494 So.2d 260 (Fla. 1st DCA 1986); Gulfside Interval Vacations, Inc. v. Schultz, 479 So.2d 776 (Fla. 2d DCA 1985), rev. denied, 488 So.2d 830 (Fla.1986); § 194.171(2), (6), Fla.Stat. (1983).